UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK BRADFORD,

        Plaintiff(s),        CASE NUMBER:06-14140
                                          HONORABLE VICTORIA A. ROBERTS

v.

JOSEPH CHAPELLO,

        Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 3, 2007, Magistrate Judge Mona K. Majzoub submitted a Report and Recommendation **[Doc. 23]** recommending that the Court dismiss Plaintiff's Complaint pursuant to 28 U.S.C. §1915A(b)(1) because Plaintiff failed to state a claim upon which relief may be granted. Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich.LR72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation. Plaintiff's Complaint is **DISMISSED** pursuant to 28 U.S.C. §1915A(b)(1).

Defendant Chapello's Motion to Dismiss under 42 U.S.C. §1997e(a) for Failure to Exhaust Administrative Remedies and Plaintiff's Objections to Magistrate[']s Order Denying the Appointment of Counsel are deemed **MOOT**.

**IT IS SO ORDERED.**

                                                                      s/Victoria A. Roberts
                                                                      Victoria A. Roberts
                                                                      United States District Judge

Dated: December 10, 2007

---

The undersigned certifies that a copy of this document was served on the attorneys of record and Derrick Bradford by electronic means or U.S. Mail on December 10, 2007.

s/Linda Vertriest
Deputy Clerk

---